UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEENA M. LEE, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff(s)<br><br>-against-<br><br>B&Z AUTO ENTERPRISES, L.L.C. d/b/a Eastchester Chrysler Jeep Dodge,<br><br>Defendants. | Case No. 1:19-CV-07450 |

## NOTICE OF APPEARANCE

Please enter the appearance of Scott H. Mandel, Esq., litigation counsel with the law firm of Labonte Law Group, PLLC, as attorneys for Defendant B&Z Auto Enterprises, L.L.C. d/b/a Eastchester Chrysler Jeep Dodge, in this action.

Scott H. Mandel
Labonte Law Group, PLLC
1461 Franklin Ave., Ste. LL-S
Garden City, New York 11530
Tel. (516) 280-8580
Fax (631) 794-2434
smandel@labontelawgroup.com

Dated:   Garden City, New York
         September 24, 2019

                                            /s/ Scott H. Mandel
                                    By:    Scott H. Mandel, Esq.