UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEENA M. LEE, Individually and on Behalf of All Others Similarly Situated<br><br>          Plaintiff(s)<br><br>  -against-<br><br>B&Z AUTO ENTERPRISES, L.L.C. d/b/a Eastchester Chrysler Jeep Dodge,<br><br>          Defendants. | Case No. 1:19-CV-07450<br><br>**MOTION FOR EXTENSION OF DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |

      The undersigned counsel on behalf of Defendant B&Z Auto Enterprises, L.L.C. d/b/a Eastchester Chrysler Jeep Dodge, with the consent of Plaintiffs' counsel, hereby moves this court for an extension of time up to and including October 24, 2019, for Defendant to answer, move, or otherwise respond to Plaintiffs' Complaint. This is the parties' first request for an extension, and will not impact any other scheduled deadlines or appearances.

Dated:      Garden City, New York
               September 24, 2019

                                                Respectfully Submitted,

                                                Labonte Law Group, PLLC

                                                By:    /s/ Scott H. Mandel
                                                         Scott H. Mandel, Esq.
                                                         1461 Franklin Ave., Ste. LL-S
                                                         Garden City, NY 11530
                                                          (516) 280-8580
                                                         smandel@labontelawgroup.com

                                                    *Counsel for Defendant*

## **CERTIFICATION**

I hereby certify that on September 24, 2019, a copy of the foregoing **Unopposed Motion for Extension of Time to File an Answer** was electronically filed and served via CM/ECF to all counsel of record.

By:   /s/ Scott H. Mandel
       Scott H. Mandel, Esq.