UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEENA M. LEE, Individually and on Behalf of All Others Similarly Situated

Plaintiff(s)

-against-

B&Z AUTO ENTERPRISES, L.L.C. d/b/a Eastchester Chrysler Jeep Dodge,

Defendants.

Case No. 1:19-CV-07450

**MOTION FOR EXTENSION OF DEFENDANT'S TIME TO RESPOND TO COMPLAINT**

FILED SEP 2 6 2019

The undersigned counsel on behalf of Defendant B&Z Auto Enterprises, L.L.C. d/b/a Eastchester Chrysler Jeep Dodge, with the consent of Plaintiffs' counsel, hereby moves this court for an extension of time up to and including October 24, 2019, for Defendant to answer, move, or otherwise respond to Plaintiffs' Complaint. This is the parties' first request for an extension, and will not impact any other scheduled deadlines or appearances.

SO ORDERED

Dated:   Garden City, New York
         September 24, 2019

SO ORDERED: 9/26/19
/s/ Alison J. Nathan
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

Labonte Law Group, PLLC

By:   /s/ Scott H. Mandel
      Scott H. Mandel, Esq.
      1461 Franklin Ave., Ste. LL-S
      Garden City, NY 11530
      (516) 280-8580
      smandel@labontelawgroup.com

*Counsel for Defendant*