UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEENA M. LEE, Individually and on Behalf of All
Others Similarly Situated

   Plaintiff(s)

 -against-

B&Z AUTO ENTERPRISES, L.L.C. d/b/a
Eastchester Chrysler Jeep Dodge,

   Defendants.

Case No. 1:19-CV-07450  OCT 2 5 2019

**MOTION FOR EXTENSION OF
DEFENDANT'S TIME TO
RESPOND TO COMPLAINT**

  The undersigned counsel on behalf of Defendant B&Z Auto Enterprises, L.L.C. d/b/a Eastchester Chrysler Jeep Dodge hereby moves this Court for a brief extension of time from today's deadline, up to and including November 1, 2019, for Defendant to answer, move, or otherwise respond to Plaintiffs' Complaint. This is Defendant's second request for an extension, and is due to the undersigned counsel being out of the office today after an automobile accident that resulted in a hospital visit. This request is made without consent because, although I telephoned Plaintiffs' counsel today concerning my situation and left a message to request consent, I was unable to obtain a response before this filing. This brief extension will not impact any other scheduled deadlines or appearances.  I thank the Court for its consideration in this matter.

*SO ORDERED*

Dated:  Garden City, New York
    October 24, 2019

**SO ORDERED:**

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

10/25/19

Respectfully Submitted,

Labonte Law Group, PLLC

By: /s/ Scott H. Mandel
   Scott H. Mandel, Esq.
   333 Jericho Turnpike, Ste. 200
   Jericho, NY 11753
   (516) 280-8580
   smandel@labontelawgroup.com

*Counsel for Defendant*