UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SHEENA M. LEE, Individually and on Behalf of All Others Similarly Situated

Plaintiff(s)

-against-

B&Z AUTO ENTERPRISES, L.L.C. d/b/a Eastchester Chrysler Jeep Dodge,

Defendants.

Case No. 1:19-CV-07450

**MOTION FOR EXTENSION OF DEFENDANT'S TIME TO RESPOND TO COMPLAINT**

The undersigned counsel on behalf of Defendant B&Z Auto Enterprises, L.L.C. d/b/a Eastchester Chrysler Jeep Dodge hereby moves this Court, on consent of Plaintiffs' counsel, for a brief extension of time from today's deadline, up to and including November 12, 2019, for Defendant to answer, move, or otherwise respond to Plaintiffs' Complaint. This is Defendant's third request for an extension, and is due to the undersigned counsel being behind on work matters after being briefly out of the office due to an automobile accident. I have conferred with Plaintiffs' counsel regarding scheduling, and this extension will not impact any other scheduled deadlines or appearances. I thank the Court for its consideration in this matter.

[handwritten: SO ORDERED]

Dated: Garden City, New York
November 1, 2019

*No further extensions*

SO ORDERED: 11/1/19

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

Labonte Law Group, PLLC

By:  /s/ Scott H. Mandel
Scott H. Mandel, Esq.
333 Jericho Turnpike, Ste. 200
Jericho, NY 11753
(516) 280-8580
smandel@labontelawgroup.com

*Counsel for Defendant*