# CONSUMER LAW GROUP, LLC

ATTORNEYS AT LAW

35 Cold Spring Road, Suite 512
Rocky Hill, Connecticut 06067
Tel.: 860-571-0408
Fax: 860-571-7457

November 15, 2019

Via ECF
Honorable Alison J. Nathan
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *Lee v. B&Z Auto Enterprises, L.L.C.*
             SDNY Case No. 1:19-CV-07450 (AJN)

Dear Judge Nathan:

My office, together with co-counsel, represents the plaintiff, Sheena Lee, in the above-referenced class action brought for violations of the Truth in Lending Act.

I am writing to provide the Court with the draft letter and Case Management Plan that we sent to defense counsel for review and signature on November 12. We held the Rule 26(f) Conference on Friday, November 8, 2019. Despite repeated requests for comment, counsel for the defendant has not responded. We therefore submit the documents independently.

Respectfully,

*/s/ Daniel S. Blinn*
Daniel S. Blinn