UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Sheena M Lee,

                Plaintiff,

     –v–

B&Z Enterprises, L.L.C.,

                Defendant.

19-cv-7450 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The post-discovery conference scheduled for January 8, 2021, is adjourned to January 15, 2021, at 3:15 p.m. In light of the COVID-19 public health crisis, the Court will not hold the upcoming conference in person. Counsel should submit a joint status letter on ECF no later than seven days prior to the scheduled conference. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP;

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates; and

5) **Indicate whether they can do without a conference altogether.**

    If a conference is held, it will be by AT&T teleconference. Parties and members of the public may access the proceeding by dialing (888) 363-4749 and entering access code 919-6964. Counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

SO ORDERED.

Dated: January 4, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge